United States District Court
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   Plaintiff,<br><br>v.<br><br>**THOMAS W. PITTS,**<br>[DOB: 09/25/1987],<br><br>   Defendant. | **COUNT ONE**<br>*Possession with the Intent to Distribute*<br>*50 Grams or More of Methamphetamine*<br>21 U.S.C. § 841(a)(1) and (b)(1)(B)<br>NLT 5 Years' Imprisonment<br>NMT 40 Years' Imprisonment<br>NMT $5,000,000 Fine<br>NLT 4 Years' Supervised Release<br>Class B Felony<br><br>**COUNTS TWO AND THREE**<br>*Distribution of Methamphetamine*<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>NMT 20 Years' Imprisonment<br>NMT $1,000,000 Fine<br>NLT 3 Years' Supervised Release<br>Class C Felony<br><br>$100 Special Assessment (Each Count)<br><br>**CRIMINAL COMPLAINT**<br><br>**Case Number:** 21-MJ-000129-WBG |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about February 18, 2021, in Henry County, in the Western District of Missouri, the defendant, **THOMAS W. PITTS**, knowingly and intentionally possessed, with the intent to distribute, 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### COUNT TWO

On or about October 6, 2021, in Pettis County, in the Western District of Missouri, the defendant, **THOMAS W. PITTS**, knowingly and intentionally distributed any amount of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**COUNT THREE**

On or about October 28, 2021, in Pettis County, in the Western District of Missouri, the defendant, **THOMAS W. PITTS**, knowingly and intentionally distributed any amount of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

I further state that I am Special Agent Christopher M. Redies of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this Complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

CHRISTOPHER REDIES
Digitally signed by CHRISTOPHER REDIES
Date: 2021.11.12 13:10:34 -06'00'

Special Agent Christopher M. Redies
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me and subscribed via telephone,
At 11:27 am

November 15, 2021     at     Kansas City, Missouri
Date                                         City and State

Honorable W. Brian Gaddy, U.S. Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer