IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>                      Plaintiff,<br><br>   v.<br><br>**THOMAS W. PITTS,**<br><br>                      Defendant. | **Case No.** 21-MJ-000129-WBG<br><br>(UNDER SEAL) |

## ORDER TO SEAL

Upon the application of the United States to seal certain documents relating to the above-referenced complaint and request for arrest warrant by this Court, and for good cause shown,

IT IS HEREBY ORDERED that the affidavit, complaint, arrest warrant, order, and related documents shall be sealed until the first initial appearance of the defendant listed in the complaint.

DATED: November 15, 2021
In Kansas City, Missouri

                                                                                 HONORABLE W. BRIAN GADDY
                                                                                 United States Magistrate Judge
                                                                                 Western District of Missouri