IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                    Case No. 21-mj-00129-01-WBG (JAM)

THOMAS W. PITTS,

        Defendant.

## ORDER TERMINATING FEDERAL PUBLIC DEFENDER and ORDER APPOINTING CRIMINAL JUSTICE ACT COUNSEL

On November 17, 2021, the Federal Public Defender notified the Court noting a potential conflict with this defendant. Therefore, it is

ORDERED that the Federal Public Defender and each member of her attorney staff be, and they are hereby, relieved as appointed counsel for the defendant at all further proceedings. It is,

FURTHER ORDERED that Jane Francis, 6812 North Oak Trafficway, Suite 5, Kansas City, MO, 64118, Phone: 816-436-3100, Ext. 211 be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

Dated: November 18, 2021                    /s/Jill A. Morris
                                                               HONORABLE JILL A. MORRIS
                                                               United States Magistrate Judge
                                                               Western District of Missouri